IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01180-KLM

REBECCA L. FULLER CORDOVA,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

## FINAL JUDGMENT

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order signed by the Honorable Kristen L. Mix on April 24, 2015, incorporated herein by reference, it is

ORDERED that the decision of the Commissioner that Plaintiff is not disabled is AFFIRMED.  It is

FURTHER ORDERED that final judgment is hereby entered in favor of Defendant, Carolyn W. Colvin and against Plaintiff, Rebecca L. Fuller Cordova .  It is

FURTHER ORDERED that each party shall bear its own costs and attorney's fees.

DATED at Denver, Colorado this 27th day of April, 2014.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

s/M. Ortiz
M. Ortiz,
Deputy Clerk